GENERAL MOTORS CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 87–03–00471

(Dated January 29, 1993)

## JUDGMENT

TSOUCALAS, *Judge:* In accordance with the decision (October 8, 1992) and mandate (January 4, 1993) of the United States Court of Appeals for the Federal Circuit, Appeal No. 91–1518,

IT IS HEREBY ORDERED that judgment be, and hereby is, entered for defendant, and the merchandise which is the subject of this action is not within the scope of item 807.00, TSUS; and it is further

ORDERED that this case is hereby dismissed.